No. 289. WADE, DISTRICT ATTORNEY OF DALLAS COUNTY *v.* BUCHANAN ET AL.; and

No. 290. BUCHANAN ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY. Appeals from D. C. N. D. Tex. Motion of North American Conference of Hemophile Organizations for leave to file a brief as *amicus curiae* in No. 290 granted. Judgment vacated and cases remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. MR. JUSTICE DOUGLAS is of the opinion that No. 289 should be dismissed as untimely filed and that probable jurisdiction should be noted in No. 290. Reported below: 308 F. Supp. 729.

No. 20. WRIGHT ET AL. *v.* CITY OF MONTGOMERY, ALABAMA, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and judgment reversed.

No. 5539. EMBRY ET AL. *v.* ALLEN ET AL. C. A. 5th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, and judgment reversed and remanded. *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted, judgment vacated, and case remanded for reconsideration in light of above-cited cases. MR. JUSTICE DOUGLAS dissents from reversal.